```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

ANTHONY FIORE,                )
        Petitioner,     )
                        )
   v.                         )   C.A. No. 04-12707-DPW
                        )
DAVID L. WINN,                )
        Respondent.     )

## ORDER OF DISMISSAL

WOODLOCK, District Judge

    In accordance with this Court's Memorandum and Order entered January 10, 2005 dismissing the Petition for Habeas Corpus relief under 28 U.S.C. §2241 and request for Writ of Mandamus pursuant to 28 U.S.C. §1361, for the reasons stated therein, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED.

                              BY THE COURT,

                              /s/ Michelle Rynne
                              Deputy Clerk

DATED: January 10, 2005